UNPUBLISHED

COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, McCullough and Retired Judge Hodges*

MISCHELLE BROWN-MAYO

v.      Record No. 1084-13-2

COUNTY OF CHESTERFIELD

MEMORANDUM OPINION**
PER CURIAM
OCTOBER 8, 2013

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Mischelle Brown-Mayo, *pro se*, on brief).

(David W. Robinson, Senior Assistant County Attorney, on brief),
for appellee.

Mischelle Brown-Mayo (claimant) appeals a decision of the Workers' Compensation

Commission affirming the termination of an award of wage loss benefits on the ground that

claimant's current disability is unrelated to the compensable accident. Claimant contends the

commission erred by (1) discounting the opinion of her treating physician, (2) giving "undue

weight to the 'objective findings,'" (3) concluding the record demonstrated she was receiving

treatment for back pain shortly before her compensable accident, and (4) failing to "take into

consideration" her testimony describing her symptoms and injury.

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Brown-Mayo v. Chesterfield Cnty., JCN VA00000218265 (May 23, 2013). We

---

* Retired Judge Hodges took part in the consideration of this case by designation pursuant to Code § 17.1-400(D).

** Pursuant to Code § 17.1-413, this opinion is not designated for publication.

dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.